IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| CONVEYOR AGGREGATE PRODUCTS CORPORATION,<br>    *Plaintiff*,<br><br>v.<br><br>ALBA L. BENITEZ, CONVEYOR CONSULTING AND RUBBER CORPORATION, and RONALD D. FERNANDES,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§    P:18-CV-00020-DC<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On June 4, 2019, Plaintiff Conveyor Aggregate Products Corporation and Defendants Alba L. Benitez and Conveyor Consulting and Rubber Corporation,[1] by counsel, filed a Joint Stipulation of Dismissal Without Prejudice. (Doc. 50). The parties' Joint Stipulation is effective on filing and does not require the Court's approval. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010). Consequently, by agreement of the parties, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the lawsuit filed by Plaintiff against Defendants Benitez and Conveyor Consulting and Rubber Corporation is **DISMISSED WITHOUT PREJUDICE**.

The Court further **ORDERS** that any pending motions shall be **DENIED** as moot.

---

1. Defendant Ronald D. Fernandes was dismissed for lack of jurisdiction on March 4, 2019. (Doc. 38).

The Court finally **ORDERS** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 6th day of June, 2019.

                                        DAVID COUNTS  
                                      UNITED STATES DISTRICT JUDGE